UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Camden Office  Date of proceeding: May 21, 2009

**JUDGE JOEL SCHNEIDER**

COURT REPORTER: Disc #97

**DOCKET NO.  06-cv-4581(JEI)**

**TITLE OF CASE:**
OMGBEHIN
    v.
CINO

**APPEARANCES:**
Dennis Friedman, Esq. for Plaintiff
Karen Shelton, Esq. for Defendant

**NATURE OF PROCEEDINGS:**
Status Conference held on the record.

DEPUTY CLERK:    s/ Sarah Kilborn

CC:  CHAMBERS

Time Commenced: 11:15 a.m.
Time Adjourned:    12:15 p.m.
**Total Time in Court:  1 hour mins.**