UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STEPHEN OMOGBEHIN,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA CINO, Acting Secretary,<br>Department of Transportation,<br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action<br><br>No. 06-4581 |

## NOTICE OF MOTION

Please take notice that Plaintiff, Stephen Omogbehin, by and through his attorney, Dennis L. Friedman, will move for an order granting spoliation. This motion will be heard on September 14, 2009 before the Honorable Joel Schneider at the Clarkson S. Fisher Federal Courthouse at 3:00pm or as soon thereafter as the court may call the matter. In support of this motion, plaintiff submits a memorandum. Pursuant to Rule 78, the undersigned requests that this matter be decided with oral argument.

　　　　　　　　　　　　　　　　　　s/ Dennis L. Friedman
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS L. FRIEDMAN
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　Stephen Omogbehin
　　　　　　　　　　　　　　　　　　1515 Market Street, Suite 714
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　　(215) 567-4600